James L. Martin, ISB No. 4226
Carsten A. Peterson, ISB No. 6373
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5217
Email: jmartin@hawleytroxell.com
       cpeterson@hawleytroxell.com

Attorneys for VitalCore Health Strategies LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRACY JOHNSON, individually and as an Idaho resident, TONI KREITER, individually and as an Idaho resident, RENE WHITNECK, individually and as an Idaho resident, and LINDA ELLIS, individually and an Idaho resident,<br><br>        Plaintiffs,<br><br>vs.<br><br>CANYON COUNTY, IDAHO, by and through the members of its Board of County Commissioners, LESLIE VAN BEEK, TOM DALE, PAM WHITE, each sued in their official capacity; and KIERAN DONAHUE, in his official capacity as Sheriff of Canyon County; VITALCORE HEALTH STRATEGIES LLC, a Kansas limited liability company doing business in Idaho,<br><br>        Defendants. | Case No. 1:19-cv-00364-BLW<br><br>STIPULATION TO DISMISS WITHOUT PREJUDICE |

STIPULATION TO DISMISS WITHOUT PREJUDICE - 1

Plaintiffs and Defendant VitalCore Health Strategies, LLC, ("VitalCore"), by and through their attorneys of record, hereby stipulate that this action be dismissed without prejudice against VitalCore only, with each side to bear their own costs and attorney's fees.

DATED THIS 12th day of February, 2020.

JONES & SWARTZ PLLC P

By: /s/ Eric B. Swartz
Eric B. Swartz
Attorneys for Plaintiffs

DATED THIS 12th day of February, 2020.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By: /s/ Carsten A. Peterson
Carsten A. Peterson, ISB No. 6373
Attorneys for VitalCore Health Strategies LLC

STIPULATION TO DISMISS WITHOUT PREJUDICE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2020, I electronically filed the foregoing STIPULATION TO DISMISS WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Eric B. Swartz<br>JONES & SWARTZ PLLC<br>623 West Hays Street<br>Boise, ID  83702<br>*Attorney for Plaintiffs* | eric@jonesandswartzlaw.com |
| Pamela S. Howland<br>Rebecca L. Stewart<br>IDAHO EMPLOYMENT LAWYERS, PLLC<br>1116 S. Vista Ave., #474<br>Boise, ID 83705<br>*Attorneys for Defendant Canyon County, Idaho* | phowland@idemploymentlawyers.com<br>rstewart@idemploymentlawyers.com |

/s/ *Carsten A. Peterson*
Carsten A. Peterson