UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRACY JOHNSON, individually and as an Idaho resident, TONI KREITER, individually and as an Idaho resident, RENE WHITNECK, individually and as an Idaho resident, and LINDA ELLIS, individually and an Idaho resident,<br><br>    Plaintiffs,<br><br>vs.<br><br>CANYON COUNTY, IDAHO, by and through the members of its Board of County Commissioners, LESLIE VAN BEEK, TOM DALE, PAM WHITE, each sued in their official capacity; and KIERAN DONAHUE, in his official capacity as Sheriff of Canyon County; VITALCORE HEALTH STRATEGIES LLC, a Kansas limited liability company doing business in Idaho,<br><br>    Defendants. | Case No. 1:19-cv-00364-BLW<br><br>ORDER GRANTING STIPULATION TO DISMISS DEFENDANT VITALCORE HEALTH STRATEGIES LLC WITHOUT PREJUDICE |

This matter having come before the Court on the parties' Stipulation to Dismiss Without Prejudice ("Stipulation"), and good cause appearing therefor,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 24) is APPROVED, and this action is DISMISSED WITHOUT PREJUDICE against VitalCore Health Strategies, LLC only, with each side to bear their own attorney's fees and costs.

DATED: February 25, 2020

_____
B. Lynn Winmill
United States District Judge