PAMELA S. HOWLAND
Idaho State Bar No. 6177
JENNIFER M. WALRATH
Idaho State Bar No. 10893
IDAHO EMPLOYMENT LAWYERS, PLLC
1112 W. Main Street, Suite 105
Boise, ID 83702
Telephone: (208) 484-8921
Facsimile:  (208) 534-7445
Email: phowland@idemploymentlawyers.com
Email: jwalrath@idemploymentlawyers.com

Attorneys for Canyon County, Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRACY JOHNSON, individually and as an Idaho resident, TONI KREITER, individually and as an Idaho resident, RENE WHITNECK, individually and as an Idaho resident, and LINDA ELLIS, individually and as an Idaho resident,<br><br>      Plaintiffs,<br><br>v.<br><br>CANYON COUNTY, IDAHO,<br><br>      Defendant. | Case No. 1:19-cv-00364-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      Plaintiffs Tracy Johnson, Toni Kreiter, Rene Whitneck, and Linda Ellis, and Defendant Canyon County, through their respective counsels of record, hereby stipulate and agree pursuant to Rule 41 of the Federal Rules of Civil Procedure that the Complaint in the above-captioned matter can be dismissed with prejudice on the grounds and for the reasons that a compromised settlement has been reached between the parties, with all parties to bear their own costs and attorneys' fees.

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

DATED this 9th day of August, 2021.

        IDAHO EMPLOYMENT LAWYERS PLLC

        */s/ Pamela S. Howland*
        PAMELA S. HOWLAND

        Attorneys for Defendant Canyon County

DATED this 9th day of August, 2021.

        JONES & SWARTZ

        */s/ Eric B. Swartz*
        Eric B. Swartz

        Attorneys for Plaintiffs

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August, 2021, I filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE electronically through the CM/ECF system, which caused a true and correct copy of the forgoing to be served on the following person(s), as more fully reflected in the Notice of Electronic Filing:

Eric B. Swartz
JONES & SWARTZ
Landmark Legal Group
623 W. Hays Street
Boise, ID 83702
Telephone: (208) 489-8989
Facsimile: (208) 489-8988
Email: eric@jonesandswartzlaw.com

/s/ Pamela S. Howland
Pamela S. Howland

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 3**